# EXHIBIT B

| US9516370B1 | Dish Network ("The Accused System") |
|---|---|
| 1. A mobile phone for facilitating a presentation of media the mobile phone comprising: | The accused system supports a mobile phone for facilitating a presentation of media.  https://www.dish.com/ |



https://my.dish.com/es/musicapp



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| a display for displaying, on a touchscreen of the mobile phone, a plurality of device identifiers for a plurality of devices; | The accused system supports a display (e.g., display of the smartphone in which app of the accused system is installed) for displaying, on a touchscreen (e.g., touchscreen of the accused system) of the mobile phone (e.g., mobile phone associated with the accused system), a plurality of device identifiers (e.g., icons of paired device, such as speakers, soundbars, etc. present in locations as master bedroom, fireplace, Desk, etc.) for a plurality of devices (e.g., Speakers, TVs, DVRs, etc.). |



https://my.dish.com/es/musicapp



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

As shown below, multiple devices (e.g., speakers, TVs, DVRs, etc.) can be connected to the mobile device.



https://apps.apple.com/us/app/dish-music/id1242608053



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp

## Introducing the Hopper® with Sling®



### Watch and record 3 shows at once.

Keep the whole family entertained in any room or on any screen, with up to 3 shows being watched or recorded at once.



https://my.dish.com/upgrades/products/receivers/hopper-w-sling



Listen to your favorite streaming services through your TV.

https://my.dish.com/upgrades/products/receivers/hopper-w-sling



https://www.dish.com/equipment/dvrs/hopper-duo/

As shown below, mobile phone with the app of the accused system displays device identifiers (e.g., icons of paired device, such as those present in Master bedroom, fireplace, desk, etc.,) for all the devices paired to it.



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| a network transceiver for facilitating communication between the mobile phone, a content server, and at | The accused system supports a network transceiver (e.g., Wi-Fi transceiver) for facilitating communication between the mobile phone (e.g., the mobile phone with the accused system), a content server (e.g., Dish server, content server associated with subscribed media services, etc.), and at least one of the plurality of devices (e.g., speakers, TVs, DVRs, etc.) on a network (e.g., same Wi-Fi network on which app enabled phone and TV, speaker, etc. exists), the network transceiver (e.g., Wi-Fi transceiver) |

| | |
|---|---|
| least one of the plurality of devices on a network, the network transceiver operably in communication with the display, wherein the content server, the mobile phone, and the plurality of devices are separate devices; | operably in communication with the display (e.g., displaying signal strength), wherein the content server (e.g., Dish server, content server associated with subscribed media services, etc.), the mobile phone (e.g., mobile phone with the accused system), and the plurality of devices (e.g., speakers, TVs, etc.) are separate devices. |

Showing permissions for all versions of this app



Other

- receive data from Internet
- view network connections
- pair with Bluetooth devices
- access Bluetooth settings
- change network connectivity
- allow Wi-Fi Multicast reception
- connect and disconnect from Wi-Fi
- full network access
- close other apps
- reorder running apps
- prevent device from sleeping

Updates to Dish Music may automatically add additional capabilities within each group. Learn more

Cancel

https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



**8** Select Next

**9** Enter your wireless network password (case sensitive). If the network is not password protected, the Encryption Setup pop-up will not display.

https://my.dish.com/support/products/hopper/how-to/pair/receiver-to-internet

As shown below, the network transceiver (e.g., Wi-Fi transceiver) is in communication with the display.



https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



https://my.dish.com/es/musicapp



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp

Introducing the Hopper® with Sling®



Watch and record 3 shows at once.

Keep the whole family entertained in any room or on any screen, with up to 3 shows being watched or recorded at once.



https://my.dish.com/upgrades/products/receivers/hopper-w-sling



Listen to your favorite streaming services through your TV.

https://my.dish.com/upgrades/products/receivers/hopper-w-sling



https://www.dish.com/equipment/dvrs/hopper-duo/

| wherein the mobile phone is configured to facilitate: receiving user first input identifying one of the plurality of device identifiers that identifies a rendering device on the network; | The accused system is configured to facilitate receiving user first input (e.g., selection of speakers present at Master Bedroom, fireplace, desk, etc.) identifying one of the plurality of device identifiers (e.g., icons of paired device speakers, such as speakers present in Master bedroom, etc.,) that identifies a rendering device (e.g., selected of speaker or TV) on the network (e.g., Wi-Fi network). |



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0

As shown below, user can select, out of multiple devices, a device for playing.



**Device Identifiers**

https://apps.apple.com/us/app/dish-music/id1242608053



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp

| | |
|---|---|
| providing information identifying a user of the mobile phone to the content server; | The accused system is configured to facilitate providing information (e.g., Dish account information, device information) identifying a user of the mobile phone (e.g., the mobile phone with the app) to the content server (e.g., Dish Server, content server associated with subscribed media services, etc.).<br><br>As shown below, all the user devices are identified with the Dish account, comprising user ID and password. Dish identifies user via username. The accused system collects information related to the device. |

### B. Usage Information

When you use our services, our devices and apps automatically collect usage information. Usage information may include application usage data and logs, including device type and ID, IP address, and location information. This usage information may be in various formats (electronic, audio, and other), and may be collected through the set top box or satellite receiver, through related equipment such as a remote control or voice control device, or other devices such as third-party streaming devices or applications provided through or used to access our services. Please see Third-Party Services and Websites below for more information.

https://my.dish.com/privacy-policy#p1en

## 2. How Do We Use Information About You?

We use information we've collected and received from and about you and your account ("Information About You") primarily for business or commercial activities, which may include:

- providing, operating, and maintaining our services;

- billing and collections;

- confirming that you are receiving the level(s) of service requested and are properly billed;

- identifying when changes are made to your account or services;

- informing you of products, programming, or services that may be of interest to you;

- making programming recommendations;

https://my.dish.com/privacy-policy#p1en

## Log In

* Indicates required field

**Username ***

Forgot Username?

**Password ***

Forgot Password?

| Log In | Create Online Account |

https://my.dish.com/welcome-center

| | |
|---|---|
| requesting a playlist comprising a plurality of media item identifiers, the playlist based on the information identifying the user of the mobile phone; | The accused system is configured to facilitate requesting a playlist comprising a plurality (e.g., Playlists such as, Favorites, subscribed radio channels, etc.) of media item identifiers (e.g., songs present in a playlist), the playlist based (e.g., tailored to user, according to listening preference collected from user's account information, device information, etc.) on the information identifying (e.g., dish account information, Device information, etc.) the user of the mobile phone (e.g., the mobile phone with the accused system). |

## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!



https://my.dish.com/es/musicapp

## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!



https://my.dish.com/es/musicapp



https://www.dish.com/features/mobile/dish-music-app/

https://www.dish.com/features/mobile/dish-music-app/

As shown below, user can request a playlist, which comprises multiple media items (e.g., songs), identified with their name.



https://my.dish.com/station/AUD07



https://apps.apple.com/us/app/dish-music/id1242608053



**Media Item Identifier**

https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| | |
|---|---|
| receiving the playlist; | The accused system is configured to facilitate receiving the playlist.<br><br>As shown below, the dish app provides tailored playlist, based on user's subscriptions and preferences. |



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp

## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://www.dish.com/features/mobile/dish-music-app/



## How the DISH Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/



https://my.dish.com/station/AUD07



Media Item Identifiers

https://apps.apple.com/us/app/dish-music/id1242608053



Media Item Identifier

https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| | |
|---|---|
| receiving, at the mobile phone, user second input identifying at least one media item identifier from the playlist; | The accused system is configured to facilitate receiving, at the mobile phone (e.g., the accused system), user second input (e.g., selection of song to be played) identifying at least one media item identifier (e.g., song name) from the playlist.<br><br>As shown below, user can select the playback song in a playlist. |



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace
2. Accept the user agreement by tapping OK
3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device
4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)
5. If applicable, select your speaker preference
6. Select Switch to output music to a different speaker
7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp

**dish**   VALUE   TECHNOLOGY   SERVICE   COMPARE   SPECIAL OFFERS   | 1-888-434-0112 |   | Build My Offer |

## DISH Music App

Play music with your favorite services through your TV with the DISH Music App

https://www.dish.com/features/mobile/dish-music-app/



## How the DISH Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/



https://my.dish.com/station/AUD07

| directing, from the mobile phone, the rendering device identified by the one of the plurality of device identifiers to obtain a media item identified by the at least one media item identifier from the content server and to play the media item, the media item obtained without | The accused system is configured to facilitate directing, from the mobile phone (e.g., the mobile phone with the accused system), the rendering device (e.g., selected speaker or soundbar) identified by the one of the plurality of device identifiers (., icons of paired device, such as those present in Master bedroom, fireplace, desk, etc.,) to obtain a media item (e.g., song from a playlist) identified by the at least one media item identifier (e.g., songs present in a playlist) from the content server (e.g., dish server, content server associated with subscribed media services, etc.) and to play the media item, the media item obtained without user input at the rendering device (e.g., selected speaker or TV).

As shown below, user can select a music from playlist, and play it across various selected devices. |

| user input at the rendering device; and | <br>https://my.dish.com/es/musicapp |



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053

As shown below, rendering device (e.g., speaker) can be selected by the user for specific music, wherein no input by the user is required at the rendering device.



https://www.dish.com/features/mobile/dish-music-app/

## How the DISH Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/

| | |
|---|---|
| effecting a display of information identifying a plurality of activities of an other user of an other control device, | The accused system is configured to facilitate effecting a display of information (e.g., volume level or song in now playing) identifying a plurality of activities of an other user (e.g., user of Dish music app in a tablet or any smart watch device) of an other control device (e.g., smart watch or tablet).<br><br>As shown below, user of smart watch with dish music app or tablet can control the Now playing music, e.g., changing track and volume level.<br><br><br><br>https://www.dish.com/features/mobile/dish-music-app/ |



## How the DISH Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/



https://my.dish.com/es/musicapp

|  | **Screenshots**   iPhone   iPad   Apple Watch  https://apps.apple.com/us/app/dish-music/id1242608053#?platform=appleWatch |
|---|---|
| wherein the mobile phone and the rendering device are connected to the content server through the Internet, and the mobile phone is connected to the rendering device through a LAN over a wireless network using TCP/IP. | The accused system and the rendering device (e.g., speaker or TV) are connected to the content server (e.g., Dish server, content server associated with subscribed media services, etc.) through the Internet, and the mobile phone (e.g., the mobile phone with the app) is connected to the rendering device (e.g., speaker or TV) through a LAN over a wireless network using TCP/IP (e.g., Wi-Fi network). As shown below, the app enabled mobile phone need an active internet connection to configure and control the system. Also, the mobile phone and the speaker are connected using Wi-Fi network to control the media to be played. The app and the speakers are connected to the media servers through internet and the app controls the speakers through Wi-Fi system. |



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



Showing permissions for all versions of this app

**?** Other

- receive data from Internet
- view network connections
- pair with Bluetooth devices
- access Bluetooth settings
- change network connectivity
- allow Wi-Fi Multicast reception
- connect and disconnect from Wi-Fi
- full network access
- close other apps
- reorder running apps
- prevent device from sleeping

Updates to Dish Music may automatically add additional capabilities within each group. Learn more

Cancel

https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



**8** Select Next

**9** Enter your wireless network password (case sensitive). If the network is not password protected, the Encryption Setup pop-up will not display.

https://my.dish.com/support/products/hopper/how-to/pair/receiver-to-internet

As shown, the accused system can play internet radio stations and access favorite stations.



Showing permissions for all versions of this app

**Other**

- receive data from Internet
- view network connections
- pair with Bluetooth devices
- access Bluetooth settings
- change network connectivity
- allow Wi-Fi Multicast reception
- connect and disconnect from Wi-Fi
- full network access
- close other apps
- reorder running apps
- prevent device from sleeping

Updates to Dish Music may automatically add additional capabilities within each group. Learn more

Cancel

https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



https://my.dish.com/es/musicapp

| | |
|---|---|
| 43. A computer implemented method of facilitating a presentation of media, the method comprising: | The accused system practices a computer implemented method of facilitating a presentation of media.<br><br>As shown, the accused system practices use of a mobile app for facilitating a presentation of media. |



[https://www.dish.com/](https://www.dish.com/)



https://my.dish.com/es/musicapp



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| | |
|---|---|
| displaying, on a touchscreen of a mobile phone, a plurality of device identifiers; | The accused system practices displaying, on a touchscreen of a mobile phone (e.g., touchscreen of the app enabled mobile phone), a plurality of device identifiers (e.g., icons of connected device, such as speakers, TV, etc.). |



https://my.dish.com/es/musicapp



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace
2. Accept the user agreement by tapping OK
3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device
4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)
5. If applicable, select your speaker preference
6. Select Switch to output music to a different speaker
7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

As shown below, multiple devices (e.g., speakers, TVs, DVRs, etc.) can be connected to the mobile device.



https://apps.apple.com/us/app/dish-music/id1242608053



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp

## Introducing the Hopper® with Sling®



### Watch and record 3 shows at once.

Keep the whole family entertained in any room or on any screen, with up to 3 shows being watched or recorded at once.



https://my.dish.com/upgrades/products/receivers/hopper-w-sling



Listen to your favorite streaming services through your TV.

https://my.dish.com/upgrades/products/receivers/hopper-w-sling



https://www.dish.com/equipment/dvrs/hopper-duo/

As shown below, mobile phone with the app of the accused system displays device identifiers (e.g., icons of paired device, such as those present in Master bedroom, fireplace, desk, etc.,) for all the devices paired to it.



**Device Identifiers**

https://apps.apple.com/us/app/dish-music/id1242608053



**Device Identifiers**

https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| | |
|---|---|
| receiving user first input identifying one of the plurality of device identifiers, wherein the one of the plurality of | The accused system practices receiving user first input (e.g., selection of speakers or a speaker group) identifying one of the plurality of device identifiers (e.g., icons of connected device speakers, such as speakers, etc.,), wherein the one of the plurality of device identifiers(e.g., icons of connected device speakers, such as speakers, etc.,)  identifies a rendering device (e.g., selected of speaker or soundbar), |

| | |
|---|---|
| device identifiers identifies a rendering device, wherein the rendering device is one of a standalone wireless speaker, a television, and a stereo; | wherein the rendering device is one of a standalone wireless speaker, a television, and a stereo (e.g., the connected device can be a Television).<br><br><br><br>https://my.dish.com/es/musicapp |



https://apps.apple.com/us/app/dish-music/id1242608053



https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0

As shown below, user can select, out of multiple devices, a device for playing.



https://apps.apple.com/us/app/dish-music/id1242608053



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



Introducing the Hopper® with Sling®

Watch and record 3 shows at once.

Keep the whole family entertained in any room or on any screen, with up to 3 shows being watched or recorded at once.

https://my.dish.com/upgrades/products/receivers/hopper-w-sling



| | |
|---|---|
| providing information identifying a user of the mobile phone to a content | The accused system is configured to facilitate providing information (e.g., Dish account information, device information, etc.) identifying a user of the mobile phone (e.g., the mobile phone with the app) to the content server (e.g., Dish Server, servers associated with subscribed media services). |

| | |
|---|---|
| server via the Internet, wherein the mobile phone, the rendering device, and the content server are separate devices; | As shown below, all the user devices are identified with the device information.<br><br>B. Usage Information<br><br>When you use our services, our devices and apps automatically collect usage information. Usage information may include application usage data and logs, including device type and ID, IP address, and location information. This usage information may be in various formats (electronic, audio, and other), and may be collected through the set top box or satellite receiver, through related equipment such as a remote control or voice control device, or other devices such as third-party streaming devices or applications provided through or used to access our services. Please see Third-Party Services and Websites below for more information.<br><br>https://my.dish.com/privacy-policy#p1en<br><br>## 2. How Do We Use Information About You?<br><br>We use information we've collected and received from and about you and your account ("Information About You") primarily for business or commercial activities, which may include:<br><br>• providing, operating, and maintaining our services;<br><br>• billing and collections;<br><br>• confirming that you are receiving the level(s) of service requested and are properly billed;<br><br>• identifying when changes are made to your account or services;<br><br>• informing you of products, programming, or services that may be of interest to you;<br><br>• making programming recommendations;<br><br>https://my.dish.com/privacy-policy#p1en |

## Log In

\* Indicates required field

**Username** \*

Forgot Username?

**Password** \*

Forgot Password?

| Log In | Create Online Account |

https://my.dish.com/welcome-center

| | |
|---|---|
| requesting a playlist based on the information identifying the user of the mobile phone, the playlist comprising a plurality of media item identifiers corresponding to media items ordered to be played in an arranged sequence; | The accused system practices requesting a playlist based on the information identifying (e.g., dish account information, device information, etc.) the user of the mobile phone (e.g., the mobile phone with the app), the playlist comprising a plurality of media item identifiers (e.g., song names) corresponding to media items (e.g., songs present in a playlist) ordered to be played in an arranged sequence (e.g., songs/playlists sessions can be queued allowing it to play in an arranged sequence). |

## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace
2. Accept the user agreement by tapping OK
3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device
4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)
5. If applicable, select your speaker preference
6. Select Switch to output music to a different speaker
7. Select Add/Remove to change or add new speakers

You're all set!



https://my.dish.com/es/musicapp

## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace
2. Accept the user agreement by tapping OK
3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device
4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)
5. If applicable, select your speaker preference
6. Select Switch to output music to a different speaker
7. Select Add/Remove to change or add new speakers

You're all set!



https://my.dish.com/es/musicapp



https://www.dish.com/features/mobile/dish-music-app/

https://www.dish.com/features/mobile/dish-music-app/

As shown below, user can request a playlist, which comprises multiple media items (e.g., songs), identified with their name.



https://my.dish.com/station/AUD07



https://apps.apple.com/us/app/dish-music/id1242608053



**Media Item Identifier**

https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| receiving the playlist; | The accused system is configured to facilitate receiving the playlist.<br><br>As shown below, the Dish Music app provides tailored playlist, based on user's subscriptions and past listening preferences. |
| --- | --- |



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace
2. Accept the user agreement by tapping OK
3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device
4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)
5. If applicable, select your speaker preference
6. Select Switch to output music to a different speaker
7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp

## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace
2. Accept the user agreement by tapping OK
3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device
4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)
5. If applicable, select your speaker preference
6. Select Switch to output music to a different speaker
7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



https://www.dish.com/features/mobile/dish-music-app/



### How the DISH Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/



https://my.dish.com/station/AUD07



https://apps.apple.com/us/app/dish-music/id1242608053



**Media Item Identifier**

https://www.amazon.com/dp/B0732RWG41/ref=redir_mobile_desktop?_encoding=UTF8&%2AVersion%2A=1&%2Aentries%2A=0



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en

| | |
|---|---|
| receiving, at the mobile phone, user second input identifying at least one media item identifier from the playlist; | The accused system practices receiving, at the mobile phone (the mobile phone with the accused app installed), user second input (e.g., selection of song to be played) identifying at least one media item identifier (e.g., song name) from the playlist.<br><br>As shown below, user can select the playback song in a playlist. |



## How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace
2. Accept the user agreement by tapping OK
3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device
4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)
5. If applicable, select your speaker preference
6. Select Switch to output music to a different speaker
7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp

**dish**   VALUE   TECHNOLOGY   SERVICE   COMPARE   SPECIAL OFFERS   1-888-434-0112   Build My Offer

# DISH Music App

Play music with your favorite services through your TV with the DISH Music App

https://www.dish.com/features/mobile/dish-music-app/



## How the DISH Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/



https://my.dish.com/station/AUD07

| | |
|---|---|
| directing the rendering device, from the mobile phone via a LAN over a wireless network using TCP/IP, to obtain a media item identified by the at least one media item identifier from the content server, via the Internet, and to play the media item, the media item obtained without | The accused system practices directing the rendering device (e.g., speaker or soundbar), from the mobile phone via a LAN over a wireless network using TCP/IP (e.g., Wi-Fi network), to obtain a media item identified by the at least one media item identifier (e.g., songs present in a playlist) from the content server (Dish server, content server associated with subscribed media services, etc.), via the Internet, and to play the media item (song), the media item obtained without user input at the rendering device (e.g., speaker or soundbar).<br><br>As shown below, the app enabled mobile phone need an active internet connection to configure and control the system. Also, the mobile phone and the speaker are connected using Wi-Fi network to control the media to be played. The app and the speakers are connected to the media servers through internet and the app controls the speakers through Wi-Fi system. |

user input at the rendering device; and



### How the DISH Music App Works

1. Download the DISH Music app from the Apple App Store, Google Play Store, or Amazon app marketplace

2. Accept the user agreement by tapping OK

3. Ensure your mobile device is in the vicinity of your Hopper Duo, Hopper with Sling, or Hopper 3 receiver and on the same wireless network, then select the location with which you would like to pair your device

4. Choose your music source preference (examples: Amazon Music, iHeartRadio, your personal library, etc.)

5. If applicable, select your speaker preference

6. Select Switch to output music to a different speaker

7. Select Add/Remove to change or add new speakers

You're all set!

https://my.dish.com/es/musicapp



Showing permissions for all versions of this app

? Other

- receive data from Internet
- view network connections
- pair with Bluetooth devices
- access Bluetooth settings
- change network connectivity
- allow Wi-Fi Multicast reception
- connect and disconnect from Wi-Fi
- full network access
- close other apps
- reorder running apps
- prevent device from sleeping

Updates to Dish Music may automatically add additional capabilities within each group. Learn more

Cancel

https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



**8** Select Next

**9** Enter your wireless network password (case sensitive). If the network is not password protected, the Encryption Setup pop-up will not display.

https://my.dish.com/support/products/hopper/how-to/pair/receiver-to-internet

As shown, the accused system can play internet radio stations and access favorite stations.



https://play.google.com/store/apps/details?id=com.dish.playfi&hl=en



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



https://my.dish.com/es/musicapp



## What is the DISH Music App?

The DISH Music App uses TV audio systems connected to Hopper Duo, Hopper with Sling, or Hopper 3 DVRs, as well as DTS Play-Fi-enabled speakers, to play music from personal libraries on mobile devices and popular streaming services, like Amazon Music, iHeartRadio, Spotify and TIDAL.

Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets! Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone.

## Download the App Now

The DISH Music app is available for download today in the Apple App Store, Google Play Store and Amazon app marketplace. Download now to your mobile device and enjoy an immersive musical experience in the comfort of your home today.

  

https://my.dish.com/es/musicapp



[https://my.dish.com/es/musicapp](https://my.dish.com/es/musicapp)



https://apps.apple.com/us/app/dish-music/id1242608053

As shown below, rendering device (e.g., speaker) can be selected by the user for specific music, wherein no input by the user is required at the rendering device.



https://www.dish.com/features/mobile/dish-music-app/

## How the **DISH** Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/

| effecting display of information identifying a plurality of activities of an other user of an other control device. | The accused system is configured to effecting display of information (e.g., volume level or song in now playing) identifying a plurality of activities of an other user (e.g., user of Dish music app in a tablet or any smart watch device) of an other control device (e.g., smart watch or tablet).<br><br>As shown below, user of smart watch with dish music app or tablet can control the Now playing music, e.g., changing track and volume level.<br><br><br><br>https://www.dish.com/features/mobile/dish-music-app/ |



## How the DISH Music App Works

The DISH Music App partners your DISH service to give subscribers great ways to enjoy music using DISH technology. Turn your Hopper DVR and Joey into music streaming zones controllable from Android or iOS smartphones and tablets. Using the app, you can choose to sync music across multiple rooms, or play different songs in each zone. Televisions will display the music being played, such as the artists, song name and music service allowing you music entertainment throughout the home.

https://www.dish.com/features/mobile/dish-music-app/



https://my.dish.com/es/musicapp



https://apps.apple.com/us/app/dish-music/id1242608053#?platform=appleWatch