**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-02659-KLM

**LECREW LICENSING LLC, a Texas limited liability company,**

Plaintiff,

v.

**DISH NETWORK CORPORATION, a Colorado corporation,**

Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

---

Now comes Plaintiff Lecrew Licensing LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant DISH Network Corporation in the within action WITHOUT PREJUDICE. DISH Network Corporation has not served an answer or a motion for summary judgment.

Dated: November 16, 2021

Respectfully submitted,

s/ Howard L. Wernow
***Howard L. Wernow***
Sand, Sebolt & Wernow Co., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Email: howard.wernow@sswip.com
Attorney for Plaintiff Lecrew Licensing LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2021, I filed via CM-ECF and served via email the foregoing Notice of Voluntary Dismissal without Prejudice to the following counsel:

Ira Jamshidi
Ira.jamshidi@dish.com

s/ Howard L. Wernow
***Howard L. Wernow***